UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ELIZABETH N. JONES,<br>ESTATE OF HARRY S. JONES<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL ASTRUE, Commissioner of<br>the Social Security Administration,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. H-06-3982<br>§<br>§<br>§<br>§<br>§ |

## MEMORANDUM AND ORDER

Plaintiffs have filed a Motion for New Trial (Doc. No. 17) pursuant to Federal Rules of Civil Procedure 59 and 60. After carefully considering the Motion, oral argument offered at a hearing on May 8, 2008, and all applicable law, the Court finds that the Motion should be denied. The Motion presents no new evidence or law that could not have been advanced prior to the Court's entry of Final Judgment (Doc. No. 15). Nor does it identify clear error by the Court or any other reason to rehear this appeal. For these reasons, Plaintiff's Motion for New Trial (Doc. No. 17) is **DENIED**.

**IT IS SO ORDERED.**

**SIGNED** this _8th_ day of May, 2008.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.